UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY STARR,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN D.J. EBBERT,<br><br>   Respondent. | Civil Action No. 08-0084 (JDB) |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

It is this 31st day of March, 2008, hereby

ORDERED that the Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is further

ORDERED that the Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's custodian, and is directed to send a copy of the Petition to the United States Attorney General and to the United States Attorney for the District of Columbia.

   SO ORDERED.

                                             JOHN D. BATES
                                             United States District Judge