UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY STARR,

Petitioner,

v.

WARDEN D.J. EBBERT,

Respondent.

Civil Action No. 08-0084 (JDB)

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is this 30th day of April, 2008, hereby

ORDERED that the Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is further

ORDERED that the Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's custodian, and is directed to send a copy of the Petition to the United States Attorney General and to the United States Attorney for the District of Columbia.

SO ORDERED.

JOHN D. BATES
United States District Judge