UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY STARR, | : | |
|     Petitioner | : | Civil Action No. 08-0084 (JDB) |
| | : | |
| v. | : | |
| | : | |
| WARDEN D. J. EBBERT, | : | |
|     Respondent | : | |

### UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a 60 day enlargement of time, until July 28, 2008, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the United States state:

1.    On November 30, 2007, the petitioner filed a pro se petition, in the United States District Court for the Middle District of Pennsylvania, requesting a writ of habeas corpus. On January 10, 2008, this petition was transferred to the United States District Court for the District of Columbia and, on April 30, 2008, this Court ordered the United States to respond by May 29, 2008.

2.    In support of his habeas petition, the petitioner appears to claim that the U. S. Parole Commission did not provide him with a timely parole revocation hearing, that a detainer based on an arrest warrant charging him with escape was unlawfully lodged against him, and that his rights to a speedy trial on the escape charge have been violated. In order to adequately respond to the petitioner's claims, it is necessary to obtain documents from the U.S. Parole

Commission to ascertain the petitioner's parole history, and to obtain documents relating to the detainer and arrest warrant.  The undersigned attorney has been in contact with the U.S. Parole Commission, which is in the process of obtaining and reviewing the petitioner's parole file.  The government's case jacket on the escape charge, as well as docket entries from the Superior Court case file, also have been ordered, but have not yet been received.

      3.      Furthermore, the undersigned Assistant U.S. Attorney has several other briefs due during the pendency of the Court's order and is on committed leave from May 17, 2008, until June 2, 2008.  The amount of time requested is reasonable in light of the undersigned's workload, the need to obtain and review the documents from the U.S. Parole Commission and from the government's and court's case jackets, and to prepare a response to the petitioner's petition.  Moreover, this is the United States' first request for an enlargement of time and the petitioner, who has been released from custody, should not be prejudiced by this request.

      4.      Accordingly, the United States requests a 60 day enlargement of time, until July 28, 2008, within which to file a response to the petitioner's *pro se* petition for a writ of habeas corpus.

      A proposed order is attached.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498-610

        /s/ John P. Mannarino
        JOHN P. MANNARINO
        Assistant United States Attorney
        Chief, Special Proceedings Division
        D.C. Bar Number 444-384

        /s/ Sherri L. Berthrong
        SHERRI L. BERTHRONG
        Assistant United States Attorney
        D.C. Bar No. 249-136
        Sherri.Berthrong@usdoj.gov
        Special Proceedings Division
        555 4th Street, N.W., Room 10-450
        Washington, D.C. 20530
        (202) 514-6948

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the United States' motion has been filed electronically with the Court and served by mail upon the petitioner, Anthony Starr, Fed. Reg. No. 07684-007, 460 Taylor Street, N.E., Apartment G-13, Washington, D.C. 20081, this 13th day of May, 2008.

        /s/ Sherri L. Berthrong
        Sherri L. Berthrong
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY STARR, | : | |
| Petitioner | : | Civil Action No. 08-0084 (JDB) |
| | : | |
| v. | : | |
| | : | |
| WARDEN D. J. EBBERT, | : | |
| Respondent | : | |

## ORDER

Upon consideration of the United States' motion for an enlargement of time within which to file a response to the petitioner's <u>pro se</u> petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The United States shall have until July 28, 2008, within which to file its response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this _____ day of _____, 2008

_____/s/_____
John D. Bates
U.S. District Court Judge

Copies to:

Anthony Starr,
Fed. Reg. No. 07684-007
460 Taylor Street, N.E., Apartment G-13
Washington, D.C. 20081

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530