UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY STARR,

Petitioner,

v.

WARDEN D.J. EBBERT,

Respondent.

Civil Action No. 08-0084 (JDB)

FILED
AUG 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On July 21, 2008, respondent filed a motion to dismiss this action as moot. The Court issued an Order on July 21, 2008 advising petitioner that the motion may be treated as conceded if he failed to file an opposition or other response to the motion by August 8, 2008. To date, petitioner neither has filed an opposition nor has requested more time to do so. Mail sent by the Clerk of Court to petitioner has been returned as undeliverable, and petitioner has not notified the Clerk of his change of address as required by Local Civil Rule 5.1(e)(1).

Accordingly, it is hereby

ORDERED that the order to show case [Dkt. #3] is VACATED and that respondent's motion to dismiss [Dkt. #8] is GRANTED as conceded. It is further

ORDERED that this action is DISMISSED WITH PREJUDICE.

This is a final appealable Order.

SO ORDERED.

DATE: Aug. 19, 2008

JOHN D. BATES
United States District Judge